**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BULLOCK,<br><br>           Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>           Defendants. | Case No. 3:09-cv-03185-CRB<br><br>**ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 25, 2016     By: _____
                              Charles R. Breyer
                              United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555